UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-01492-TLN-KJN |
| | No. 2:23-cv-01493-TLN-KJN |
| | No. 2:23-cv-01494-TLN-KJN |
| | No. 2:23-cv-01495-TLN-KJN |
| | No. 2:23-cv-01496-TLN-KJN |
| | No. 2:23-cv-01497-TLN-KJN |
| | No. 2:23-cv-01500-TLN-KJN |
| | No. 2:23-cv-01501-TLN-KJN |
| | No. 2:23-cv-01509-TLN-KJN |
| | No. 2:23-cv-01510-TLN-KJN |
| | **ORDER** |

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1  Pursuant to the amended vexatious litigant order, the undersigned reviewed the
2  complaints/petitions filed in the cases listed in the caption above.  The Court finds the
3  complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's
4  Alameda County conviction.
5  Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01492, 2:23-cv-01493, 2:23-cv-
6  01494, 2:23-cv-01495, 2:23-cv-01496, 2:23-cv-01497, 2:23-cv-01500, 2:23-cv-01501, 2:23-cv-
7  01509 and 2:23-cv-01510 are DISMISSED; the Clerk of the Court is directed to close these cases;
8  no further filings will be accepted in any of the above referenced cases.
9  IT IS SO ORDERED.
10 Date:  August 4, 2023

Troy L. Nunley
United States District Judge